# EXHIBIT 3

**Gabriela Campo Ayala, Esq.**                                    <u>**DETAINED**</u>
*Attorney for Respondent*
**Law Office of Johanna Herrero**
**100 Cambridge Street, 20th Floor**
**Boston, MA 02114**
**(617) 720-5200 (*voice*)**
**(617) 720-5202 (*facsimile*)**


### UNITED STATES DEPARTMENT OF JUSTICE
### EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
### OFFICE OF THE IMMIGRATION JUDGE
### CHELMSFORD, MASSACHUSETTS

|  |  |  |
|---|---|---|
| In Matter of: | ) | |
| | ) | |
| **MAZA MAZA, Rumaldo** | ) | **In Removal Proceedings** |
| | ) | |
| A  240-163-895 | ) | |
| | ) | |
| Respondent | ) | |
| | ) | |

**Immigration Judge: Yul-mi Cho**           **Next Hearing: August 4, 2025 at 8:30 AM.**


<u>**SUPPLEMENTAL DOCUMENTATION IN SUPPORT OF THE RESPONDENT'S**</u>
<u>**MOTION FOR CUSTODY REDETERMINATION**</u>

**Gabriela Campo Ayala, Esq.**                                    <u>**DETAINED**</u>
*Attorney for Respondent*
**Law Office of Johanna Herrero**
**100 Cambridge Street, 20th Floor**
**Boston, MA 02114**
**(617) 720-5200 (*voice*)**
**(617) 720-5202 (*facsimile*)**


## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## OFFICE OF THE IMMIGRATION JUDGE
## CHELMSFORD, MASSACHUSETTS

|  |  |
|---|---|
| In Matter of: | ) |
| | ) |
| **MAZA MAZA, Rumaldo** | )        **In Removal Proceedings** |
| | ) |
| **A  240-163-895** | ) |
| | ) |
| **Respondent** | ) |

**Immigration Judge: Yul-mi Cho**              **Next Hearing: August 4, 2025 at 8:30 AM.**


## <u>TABLE OF CONTENTS</u>

| Exhibit | | Page |
|---|---|---|
| **A.** | **Identity Documents** | |
| | 1.  Respondent's Ecuadorian Passport | 3 |
| | 2.  Respondent's wife, Maria Rosario Quizpe Camas, Ecuadorian Passport. | 4 |
| | 3.  Respondent's daughter, Sandy Micaela Maza Quizpe, Ecuadorian Passport. | 5 |
| | 4.  Respondent's Son, Adan Mateo Maza Quizpe, Ecuadorian Passport. | 6 |
| **B.** | **Permanent Address** | |
| | 5.  Respondent's EverSource Bills. | 7-8 |
| | 6.  Respondent's Power Mobile Inc. Bill. | 9 |
| | 7.  Respondent's Bank of America Statements. | 10-12 |
| | 8.  Respondent's 2016 U.S. Income Tax Return. | 13 |
| | 9.  Respondent's 2017 U.S. Income Tax Return. | 14 |

|  |  |  |
|---|---|---|
|  | 10. Respondent's 2018 U.S. Income Tax Return. | 15 |
|  | 11. Respondent's 2019 U.S. Income Tax Return. | 16 |
|  | 12. Respondent's 2023 U.S. Income Tax Return. | 17 |
|  | 13. Respondent's 2024 U.S. Income Tax Return. | 18 |
| **C.** | **<u>Strong Community Ties</u>** |  |
|  | 14. Letter of Support from Joshua Novoa, a U.S. Citizen and friend of the Respondent. | 19 |
|  | 15. Copy of Joshua Novoa's driver's License. | 20 |
|  | 16. Letter of Support from Carmen Oliva Malan Namina, a U.S. Citizen and friend of the Respondent. | 21 |
|  | 17. Letter of Support from Maria Marcela Namina Maze, The Cousin of the Respondent. | 22 |
|  | 18. Letter of Support from Ben Newell, a Friend of the Respondent. | 23 |
|  | 19. Letter of Support from Sandra M. Suarez, a Friend of the Respondent. | 24 |
|  | 20. Letter of Support from Rev. Francisco J. Anzoategui, Respondent's Pastor at Saint Stephen Parish. | 25 |
|  | 21. Photos of Respondent with his Family | 26-28 |
| **D.** | **<u>Sponsor and Ability to Pay for BOND</u>** |  |
|  | 22. Respondent has a Sponsor, Idalla Novoa, a United States Citizen who has provided an Affidavit and photocopy of their United States passport | 29-30 |
|  | 23. Order of the Immigration Judge 07/01/2025 | 31-32 |
|  | Certificate of Service | 33 |

# **<u>EXHIBIT A</u>**





OBSERVACIONES/REMARKS/OBSERVATIONS

A4609166

A4609166

**REPÚBLICA DEL ECUADOR** República del Ecuador

| PASAPORTE PASSPORT | | |
|---|---|---|
| Tipo/ Type | Código del país/ Country code | Núm. de pasap./ Passport number |
| P | ECU | A4609166 |
| Apellidos/ Surnames | | |
| QUIZHPE CAMAS | | |
| Nombres/ Given names | | |
| MARIA ROSARIO | | |
| Nacionalidad/ Nationality | | |
| ECUATORIANA / ECUADORIAN | | |
| Fecha de nacimiento/ Date of birth | | Núm. personal/ Personal number |
| 28 MAR / MAR 1989 | | 0604515593 |
| Sexo/ Sex | Lugar de nacimiento/ Place of birth | |
| F | ALAUSI, ECU | |
| Fecha de expedición/ Date of issue | | Autoridad/ Authority | NATI CAN |
| 26 ENE / JAN 2022 | | DIGERCIC | 201804 |
| Fecha de caducidad/ Date of expiry | Firma del titular/ Holder's signature | |
| 26 ENE / JAN 2032 | | A0812292 |

```
P<ECUQUIZHPE<CAMAS<<MARIA<ROSARIO<<<<<<<<<<<
A4609166<6ECU8903288F32012660604515593<<<22
```



OBSERVACIONES/REMARKS/OBSERVATIONS

A4256218

REPÚBLICA DEL ECUADOR

PASAPORTE
PASSPORT

| | |
|---|---|
| Tipo/ Type | **P** |
| Código del país/ Country code | **ECU** |
| Núm. de pasap./ Passport number | **A4256218** |
| Apellidos/ Surnames | **MAZA QUIZHPE** |
| Nombres/ Given names | **ADAN MATEO** |
| Nacionalidad/ Nationality | **ECUATORIANA / ECUADORIAN** |
| Fecha de nacimiento/ Date of birth | **01 DIC / DEC 2012** |
| Sexo/ Sex | **M** |
| Lugar de nacimiento/ Place of birth | **ALAUSI, ECU** |
| Núm. personal/ Personal number | **0650586621** |
| Fecha de expedición/ Date of issue | **23 FEB / FEB 2022** |
| Fecha de caducidad/ Date of expiry | **23 FEB / FEB 2032** |
| Autoridad/ Authority | **DIGERCIC** |
| NAT/ CAN | **504495** |

Firma del titular/ Holder's signature
Adan Maza

A0454621.

P<ECUMAZA<QUIZHPE<<ADAN<MATEO<<<<<<<<<<<<<<
A4256218<0ECU1212019M32022300650586621<<<<54



OBSERVACIONES/REMARKS/OBSERVATIONS

A4256217

REPÚBLICA DEL ECUADOR

**PASAPORTE**
**PASSPORT**

Tipo/ Type    Código del país/ Country code    Núm. de pasap./ Passport number
**P**            **ECU**                          **A4256217**

Apellidos/ Surnames
**MAZA QUIZHPE**

Nombres/ Given names
**SANDY MICAELA**

Nacionalidad/ Nationality
**ECUATORIANA / ECUADORIAN**

Fecha de nacimiento/ Date of birth          Núm. personal/ Personal number
**08 MAR / MAR 2011**                       **0650030737**

Sexo/ Sex    Lugar de nacimiento/ Place of birth
**F**          **ALAUSI, ECU**

Fecha de expedición/ Date of issue          Autoridad/ Authority    NATI/ CAN
**23 FEB / FEB 2022**                        **DIGERCIC**            **170993**

Fecha de caducidad/ Date of expiry          Firma del titular/ Holder's signature
**23 FEB / FEB 2032**                        Sandy Maza

R0454620

P<ECUMAZA<QUIZHPE<<SANDY<MICAELA<<<<<<<<<<<<<
A4256217<7ECU1103089F32022300650030737<<<<92

# **<u>EXHIBIT B</u>**


# EVERS≡URCE

Account Number: **7401 771 3749**
Customer name key: QUIZ
Statement Date: 04/16/25
Service Provided To:
MARIA QUIZHPE

| **Total Amount Due** by 05/10/25 | **$163.51** |
|---|---|

## Electric Account Summary

| | |
|---|---|
| Amount Due | $0.00 |
| Last Payment Received | $0.00 |
| Balance Forward | $0.00 |
| Current Charges/Credits | |
|    Electric Supply Services | $83.48 |
|    Delivery Services | $130.03 |
|    Other Charges or Credits | -$50.00 |
| Total Current Charges | $163.51 |
| **Total Amount Due** | **$163.51** |

---

**Svc Addr: 654 WAVERLEY ST APT 2**
      **FRAMINGHAM MA 01702**
**Rate R2-Res Non-Heating Assistance  Cycle 14**
**Service from 02/01/25 - 02/19/25**   **19 Days**
**Next read date on or about: Apr 22, 2025**

| Meter Number | Current Read | Previous Read | Current Usage | Reading Type |
|---|---|---|---|---|
| **1648477** | **20566** | **19999** | **567** | **Actual** |

Service Reference: 90653877

**Svc Addr: 654 WAVERLEY ST APT 2**
      **FRAMINGHAM MA 01702**
**Rate R2-Res Non-Heating Assistance  Cycle 14**
**Service from 02/20/25 - 03/20/25**   **29 Days**
**Next read date on or about: Apr 22, 2025**

| Meter Number | Current Read | Previous Read | Current Usage | Reading Type |
|---|---|---|---|---|
| **1648477** | **21086** | **20566** | **520** | **Actual** |

Service Reference: 90653877

## Monthly kWh Use

| Feb | Mar |
|---|---|
| 567 | 520 |

## Contact Information

Emergency: 800-592-2000
www.eversource.com
Pay by Phone: 888-783-6618
Customer Service: 800-592-2000

## Total Charges for Electricity

**Supplier** (Eversource)
Meter 1648477

Service from 02/01/25-02/19/25
| | | |
|---|---|---|
| Generation Service Charge | 567 kWh X .13241 | $75.08 |
| Assistance Rate Discount | | -$31.53 |

Service from 02/20/25-03/20/25
| | | |
|---|---|---|
| Generation Service Charge | 520 kWh X .13241 | $68.85 |
| Assistance Rate Discount | | -$28.92 |
| Subtotal Supplier Services | | $83.48 |

**Delivery**
**R2-Res Non-Heating Assistance**
Meter 1648477

Service from 02/01/25-02/19/25
| | | |
|---|---|---|
| Customer Charge | | $6.33 |
| Distribution Charge | 567 kWh X .09405 | $53.33 |
| Transition Charge | 567 kWh X -0.00095 | -$0.54 |
| Transmission Charge | 567 kWh X .04545 | $25.77 |

GB20250416.txt-148302-000003600

# EVERS⬤URCE

**Account Number:** **7401 771 3749**
Customer name key: QUIZ

Statement Date: 04/22/25
Service Provided To:
MARIA QUIZHPE

**Svc Addr: 654 WAVERLEY ST APT 2**
**FRAMINGHAM MA 01702**
**Rate R2-Res Non-Heating Assistance  Cycle 14**
**Service from 03/21/25 - 04/18/25     29 Days**
**Next read date on or about: May 21, 2025**

| Meter Number | Current Read | Previous Read | Current Usage | Reading Type |
|---|---|---|---|---|
| 1648477 | 21479 | 21086 | 393 | Actual |

Service Reference: 90653877

**Monthly kWh Use**

| Feb | Mar | Apr |
|---|---|---|
| 567 | 520 | 393 |

**Contact Information**
Emergency: 800-592-2000
www.eversource.com
Pay by Phone: 888-783-6618
Customer Service: 800-592-2000

---

## Total Amount Due by 05/17/25        $243.08

**Electric Account Summary**

| | |
|---|---|
| Amount Due On 05/10/25 | $163.51 |
| Last Payment Received | $0.00 |
| Balance Forward | $163.51 |
| Current Charges/Credits | |
| Electric Supply Services | $30.18 |
| Delivery Services | $49.39 |
| Total Current Charges | $79.57 |
| **Total Amount Due** | **$243.08** |

## Total Charges for Electricity

**Supplier** (Eversource)
Meter 1648477

| | | |
|---|---|---|
| Generation Service Charge | 393 kWh X .13241 | $52.04 |
| Assistance Rate Discount | | -$21.86 |
| Subtotal Supplier Services | | $30.18 |

**Delivery**
**R2-Res Non-Heating Assistance**
Meter 1648477

| | | |
|---|---|---|
| Customer Charge | | $10.00 |
| Distribution Charge | 393 kWh X .09405 | $36.96 |
| Transition Charge | 393 kWh X -0.00095 | -$0.37 |
| Transmission Charge | 393 kWh X .04545 | $17.86 |
| Net Meter Recovery Surcharge | 393 kWh X .01622 | $6.37 |
| Revenue Decoupling Charge | 393 kWh X -0.00085 | -$0.33 |
| Distributed Solar Charge | 393 kWh X .00431 | $1.69 |
| Renewable Energy Charge | 393 kWh X .00050 | $0.20 |
| Energy Efficiency Charge | 393 kWh X .03111 | $12.23 |
| Electric Vehicle Program | 393 kWh X .00138 | $0.54 |
| Assistance Rate Discount | | -$35.76 |
| Subtotal Delivery Services | | $49.39 |
| **Total Cost of Electricity** | | **$79.57** |

GB20250422.txt-75326-000014911

POWER MOBILE INC
37 HOLLIS ST
FRAMINGHAM, MA 01702
508-283-1157

| Date | Invoice # |
|------|-----------|
| 06/04/2025 | 154343612 |

RUMALDO MAZA MAZA
654 WAVERLY ST
FRAMINGHAM, 01702

5646-750-3823

| | P.O. No. | Terms | Project |
|---|---|---|---|
| | | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | SIMPLE MOBILE | $125.00 | $125.00 |

| | Total | $125.00 |
|---|---|---|

**BANK OF AMERICA** 

P.O. BOX 15284
WILMINGTON, DE 19850

**Customer Service Information:**
www.bankofamerica.com
1.800.421.2110
**Mail billing inquiries to:**
Bank of America
P.O. Box 672050
Dallas TX 75267-2050
**Mail payment to:**
Bank of America
P.O. Box 15019
Wilmington DE 19886-5019

RUMALDO MAZA MAZA
654 WAVERLEY ST APT 2
FRAMINGHAM MA 01702-8599

**Visa Signature®**
Account# 4400 6670 9304 **9694**
March 28 - April 27, 2025

| | |
|---|---|
| New Balance Total | $45.02 |
| Current Payment Due | $35.00 |
| Total Minimum Payment Due | $35.00 |
| Payment Due Date | 05/24/2025 |

| | |
|---|---|
| Total Credit Line | $800.00 |
| Total Credit Available | $754.98 |
| Cash Credit Line | $200.00 |
| Portion of Credit Available for Cash | $200.00 |
| Statement Closing Date | 04/27/2025 |
| Days in Billing Cycle | 31 |

| | | |
|---|---|---|
| Only the Total Minimum Payment | 1 months | $45.02 |

**If you would like information about credit counseling services, call 866.300.5238.**

27    0000450200003500000791790000000000004400667093049694

BANK OF AMERICA
P.O. BOX 15019
WILMINGTON DE 19886-5019

Account Number:    4400 6670 9304 **9694**

| | |
|---|---|
| Payment Due Date | 05/24/2025 |
| New Balance Total | $45.02 |
| Total Minimum Payment Due | $35.00 |

RUMALDO MAZA MAZA
654 WAVERLEY ST APT 2
FRAMINGHAM MA 01702-8599

Enter payment amount

⑆524022250⑆  ⑈9627093049694⑈

# BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

☎ Customer service: 1.800.432.1000

En Español: 1.800.688.6086

✉ bankofamerica.com

✉ Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RUMALDO MAZA MAZA
654 WAVERLEY ST APT 2
FRAMINGHAM, MA 01702-8599

## Your Adv Plus Banking

for March 20, 2025 to April 18, 2025

**RUMALDO MAZA MAZA**

Account number: 4660 0428 9364

## Account summary

| | |
|---|---|
| Beginning balance on March 20, 2025 | $573.68 |
| Deposits and other additions | 300.00 |
| Withdrawals and other subtractions | -491.41 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on April 18, 2025** | **$370.27** |

## New: Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.
**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.



SSM-03-24-0434.B | 6398672

PULL: B  CYCLE: 12  SPEC: E  DELIVERY: E  TYPE:  IMAGE: B  BC: MA

## BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

**Customer service information**

Customer service: 1.800.432.1000

En Español: 1.800.688.6086

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

RUMALDO MAZA MAZA
654 WAVERLEY ST APT 2
FRAMINGHAM, MA 01702-8599

# Your Adv Plus Banking

for April 19, 2025 to May 19, 2025

**RUMALDO MAZA MAZA**

Account number: 4660 0428 9364

## Account summary

| | |
|---|---|
| Beginning balance on April 19, 2025 | $370.27 |
| Deposits and other additions | 3,520.00 |
| Withdrawals and other subtractions | -2,593.46 |
| Checks | -0.00 |
| Service fees | -12.00 |
| **Ending balance on May 19, 2025** | **$1,284.81** |

# New: Scheduled and recurring payments with Zelle®

Send money now, schedule it for later, or make it recurring.
**Enroll now! Scan the code or visit bankofamerica.com/zelle.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-03-24-0494.B | 6398672

Form **1040** Department of the Treasury - Internal Revenue Service (99) **U.S. Individual Income Tax Return** **2016** OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2016, or other tax year beginning ____ , 2016, ending ____ , 20 ____ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| RUMALDO | MAZA MAZA | 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 |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

| Home address (number and street). | | Apt. no. |
|---|---|---|
| 17 SUMMIT STREET | | 2 |

▲ Make sure the SSN(s) above and on line 6c are correct.

| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). |
|---|
| Framingham    MA    01702 |

| Foreign country name | Foreign province/state/county | Foreign postal code |
|---|---|---|

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. [X] Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . . }
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . }

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name    Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ▶ ☐

No. of children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers on lines above ▶ **1**

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . | 8a | |
| b | Tax-exempt interest. Do not include on line 8a . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . | 12 | 1,380 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . | 15a | | b Taxable amount . . . . . | 15b | |
| 16a | Pensions and annuities . . | 16a | | b Taxable amount . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . | 20a | | b Taxable amount . . . . . | 20b | |
| 21 | Other income . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** . . . . ▶ | 22 | 1,380 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 98 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . | 30 | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . | 36 | 98 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . . ▶ | 37 | 1,282 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA

Form **1040** (2016)

Form **1040** Department of the Treasury - Internal Revenue Service (99) **2017** OMB No. 1545-0074 IRS Use Only-Do not write or staple in this space.

U.S. Individual Income Tax Return

For the year Jan. 1-Dec. 31, 2017, or other tax year beginning _____ , 2017, ending _____ , 20 _____ | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| RUMALDO | MAZA MAZA | 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 |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
17 SUMMIT STREET | 2

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Framingham    MA    01702

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ►
5 ☐ Qualifying widow(er) (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a . . . . . . . . . }
b ☐ Spouse . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . }

Boxes checked on 6a and 6b | 1
No. of children on 6c who:

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) Chk if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

If more than four dependents, see instructions and check here ► ☐

• lived with you
• did not live with you due to divorce or separation (see instructions)
Dependents on 6c not entered above
Add numbers on lines above ► | 1

d Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . . . . . .

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 . . . . . . . . . . . . . . | 7 | |
| 8a | Taxable interest. Attach Schedule B if required . . . . . . . . . . . . . | 8a | |
| b | Tax-exempt interest. **Do not** include on line 8a . . . . . . . | 8b | | |
| 9a | Ordinary dividends. Attach Schedule B if required . . . . . . . . . . . . | 9a | |
| b | Qualified dividends . . . . . . . . . . . . . . . | 9b | | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . | 10 | |
| 11 | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ . . . . . . . . . . . . . | 12 | 4,820 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ► ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . | 14 | |
| 15a | IRA distributions . . . . . | 15a | | b Taxable amount . . . . . | 15b | |
| 16a | Pensions and annuities . . | 16a | | b Taxable amount . . . . . | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . | 17 | |
| 18 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . | 18 | |
| 19 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . | 19 | |
| 20a | Social security benefits . . | 20a | | b Taxable amount . . . . . | 20b | |
| 21 | Other income . . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** . . . . ► | 22 | 4,820 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses . . . . . . . . . . . . . . . . . . . | 23 | | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ . . . . | 24 | | |
| 25 | Health savings account deduction. Attach Form 8889 . . . . | 25 | | |
| 26 | Moving expenses. Attach Form 3903 . . . . . . . . . . . | 26 | | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE . | 27 | 341 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans . . . . . . | 28 | | |
| 29 | Self-employed health insurance deduction . . . . . . . . . | 29 | | |
| 30 | Penalty on early withdrawal of savings . . . . . . . . . . | 30 | | |
| 31a | Alimony paid  b Recipient's SSN ► | 31a | | |
| 32 | IRA deduction . . . . . . . . . . . . . . . . . . . . | 32 | | |
| 33 | Student loan interest deduction . . . . . . . . . . . . . | 33 | | |
| 34 | Tuition and fees. Attach Form 8917 . . . . . . . . . . . | 34 | | |
| 35 | Domestic production activities deduction. Attach Form 8903 . | 35 | | |
| 36 | Add lines 23 through 35 . . . . . . . . . . . . . . . . . . . . . . . . | 36 | 341 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** . . . . . . . . . . . . ► | 37 | 4,479 |

**For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**
EEA

Form **1040** (2017)

# Form 1040 U.S. Individual Income Tax Return 2018

Department of the Treasury—Internal Revenue Service

OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

**Filing status:** [x] Single [ ] Married filing jointly [ ] Married filing separately [ ] Head of household [ ] Qualifying widow(er)

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| RUMALDO | MAZA MAZA | 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 |

**Your standard deduction:** [ ] Someone can claim you as a dependent [ ] You were born before January 2, 1954 [ ] You are blind

| If joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

**Spouse standard deduction:** [ ] Someone can claim your spouse as a dependent [ ] Spouse was born before January 2, 1954
[ ] Spouse is blind [ ] Spouse itemizes on a separate return or you were dual-status alien

[x] Full-year health care coverage or exempt (see inst.)

Home address (number and street). **14 COVE AVENUE** | Apt. no.

Presidential Election Campaign (see inst.) [ ] You [ ] Spouse

City, town or post office, state, and ZIP code. If you have a foreign address, attach Schedule 6.
**Framingham, MA 01702**

If more than four dependents, see inst. and check here ►[ ]

**Dependents (see instructions):**

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see inst.): |
|---|---|---|---|
| | | | Child tax credit / Credit for other dependents |
| | | | [ ] [ ] |
| | | | [ ] [ ] |
| | | | [ ] [ ] |
| | | | [ ] [ ] |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Preparer's signature | | PTIN P00398159 | Firm's EIN | Check if: [ ] 3rd Party Designee |
|---|---|---|---|---|
| Preparer's name **Idalia Ortiz** | | | Phone no. 508-620-6142 | [ ] Self-employed |
| Firm's name ► **AB& J NOTARY SERVICE** | | | | |
| Firm's address ►**129 A CONCORD ST STE 26, Framingham, MA 01702** | | | | |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2018)

---

Form 1040 (2018)

Attach Form(s) W-2. Also attach Form(s) W-2G and 1099-R if tax was withheld.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | | | 1 | |
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRAs, pensions, and annuities | 4a | | b Taxable amount | 4b | |
| 5a | Social security benefits | 5a | | b Taxable amount | 5b | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | 7,770 | | 6 | 7,770 |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- if you checked any box under Standard deduction, see instructions.
NO

| | | | | |
|---|---|---|---|---|
| 7 | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | 7 | 7,221 |
| 8 | Standard deduction or itemized deductions (from Schedule A) | | 8 | 12,000 |
| 9 | Qualified business income deduction (see instructions) | | 9 | |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | 10 | 0 |
| 11 | a Tax (see inst) (check if any from: 1[ ] Form(s) 8814 2[ ] Form 4972 3[ ] ) b Add any amount from Schedule 2 and check here ►[ ] | | 11 | 0 |
| 12 | a Child tax credit/credit for other dependents b Add any amount from Schedule 3 & check here ►[ ] | | 12 | 0 |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | | 13 | 0 |
| 14 | Other taxes. Attach Schedule 4 | | 14 | 1,098 |
| 15 | Total tax. Add lines 13 and 14 | | 15 | 1,098 |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | | 16 | |
| 17 | Refundable credits: a EIC (see inst.) _____ b Sch 8812 _____ c Form 8863 _____ Add any amount from Schedule 5 | | 17 | |
| 18 | Add lines 16 and 17. These are your total payments | | 18 | 0 |

**Refund**

| | | | | |
|---|---|---|---|---|
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | | 19 | |
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ►[ ] | | 20a | |

Direct deposit? See instructions.
► b Routing number _____ ► c Type: [ ] Checking [ ] Savings
► d Account number _____

| 21 | Amount of line 19 you want applied to your 2019 estimated tax ► | 21 | | |

**Amount You Owe**

| 22 | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions ► | | 22 | 1,123 |
| 23 | Estimated tax penalty (see instructions) ► | 23 | 25 | |

Go to www.irs.gov/Form1040 for instructions and the latest information.
EEA

Form **1040** (2018)

| Form **1040** | Department of the Treasury–Internal Revenue Service<br>U.S. Individual Income Tax Return | (99)<br>**2019** | OMB No. 1545-0074 | IRS Use Only–Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[x] Single    [ ] Married filing jointly    [ ] Married filing separately (MFS)
[ ] Head of household (HOH)    [ ] Qualifying widow(er) (QW)
If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial<br>RUMALDO | Last name<br>MAZA MAZA | Your social security number<br>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 |
|---|---|---|
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

| Home address (number and street). If you have a P.O. box, see instructions.<br>17 COBURN ST | Apt. no. | **Presidential Election Campaign**<br>Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse |
|---|---|---|
| City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).<br>Framingham, MA 01702 | | |
| Foreign country name | Foreign province/state/county    Foreign postal code | If more than four dependents, see inst. & check here ▶ [ ] |

**Standard Deduction**  Someone can claim: [ ] You as a dependent [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1955  [ ] Are blind
Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name  Last name | (2) Social security number | (3) Relationship to you | (4) check if qualifies for (see inst.): | |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

| | | | | | |
|---|---|---|---|---|---|
| | **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | |
| | **2a** | Tax-exempt interest . . . . . . **2a** | **b** Taxable interest . . . . . . . | **2b** | |
| **Standard Deduction** | **3a** | Qualified dividends . . . . . . **3a** | **b** Ordinary dividends . . . . . . | **3b** | |
| | **4a** | IRA distributions . . . . . . . **4a** | **b** Taxable amount . . . . . . . | **4b** | |
| • Single or Married filing separately, $12,200 | **c** | Pensions and annuities . . . . **4c** | **d** Taxable amount . . . . . . . | **4d** | |
| | **5a** | Social security benefits . . . . . **5a** | **b** Taxable amount . . . . . . . | **5b** | |
| • Married filing jointly or Qualifying widow(er), $24,400 | **6** | Capital gain or (loss). Attach Schedule D if required. If not required, check here . . ▶ [ ] | | **6** | |
| | **7a** | Other income from Schedule 1, line 9 . . . . . . . . . . . . . . . . . . . . . . | | **7a** | 7,320 |
| • Head of household, $18,350 | **b** | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** . . . . . . . . . ▶ | | **7b** | 7,320 |
| | **8a** | Adjustments to income from Schedule 1, line 22 . . . . . . . . . . . . . . . . . ▶ | | **8a** | 517 |
| • If you checked any box under Standard Deduction, see instructions. | **b** | Subtract line 8a from line 7b. This is your **adjusted gross income** . . . . . . . . . . ▶ | | **8b** | 6,803 |
| | **9** | **Standard deduction or itemized deductions** (from Schedule A) | **9** 12,200 | | |
| | **10** | Qualified business income deduction. Attach Form 8995 or Form 8995-A · · · | **10** | | |
| | **11a** | Add lines 9 and 10 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **11a** | 12,200 |
| | **b** | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- . . . . . . . . . | | **11b** | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
EEA                                                                   Form **1040** (2019)

# Form 1040 — U.S. Individual Income Tax Return 2023

Department of the Treasury-Internal Revenue Service

OMB No. 1545-0074 — IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____ — See separate instructions.

| | |
|---|---|
| Your first name and middle initial: RUMALDO | Last name: MAZA MAZA |
| Your social security number: 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 | |
| If joint return, spouse's first name and middle initial: | Last name: |
| Spouse's social security number: | |

Home address (number and street). If you have a P.O. box, see instructions.
654 waverly street — Apt. no. 2

City, town, or post office. If you have a foreign address, also complete spaces below.
Framingham — State MA — ZIP code 01702

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
☐ You    ☐ Spouse

**Filing Status** — Check only one box.
☒ Single
☐ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

**Digital Assets** — At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.) ☐ Yes  ☒ No

**Standard Deduction** — Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — You: ☐ Were born before January 2, 1959  ☐ Are blind  Spouse: ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.
If you did not get a Form W-2, see instructions.

| | | |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a |
| b | Household employee wages not reported on Form(s) W-2 | 1b |
| c | Tip income not reported on line 1a (see instructions) | 1c |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f |
| g | Wages from Form 8919, line 6 | 1g |
| h | Other earned income (see instructions) | 1h |
| i | Nontaxable combat pay election (see instructions)  1i | |
| z | Add lines 1a through 1h | 1z |

Attach Sch. B if required.

| | | | | |
|---|---|---|---|---|
| 2a | Tax-exempt interest  2a | b | Taxable interest | 2b |
| 3a | Qualified dividends  3a | b | Ordinary dividends | 3b |
| 4a | IRA distributions  4a | b | Taxable amount | 4b |
| 5a | Pensions and annuities  5a | b | Taxable amount | 5b |
| 6a | Social security benefits  6a | b | Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) ☐ | | | |

**Standard Deduction for—**
• Single or Married filing separately, $13,850
• Married filing jointly or Qualifying surviving spouse, $27,700
• Head of household, $20,800
• If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | 8,250 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 8,250 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 583 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 7,667 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 13,850 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 13,850 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

EEA

Form **1040** (2023)

Form **1040** U.S. Individual Income Tax Return **2024**

Department of the Treasury-Internal Revenue Service

OMB No. 1545-0074   IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2024, or other tax year beginning _____, 2024, ending _____   See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| RUMALDO | MAZA MAZA | 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 |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |

Home address (number and street). If you have a P.O. box, see instructions.     Apt. no.

654 waverly street     2

City, town, or post office. If you have a foreign address, also complete spaces below.   State   ZIP code

Framingham   MA   01702

Foreign country name   Foreign province/state/county   Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   ☐ You   ☐ Spouse

**Filing Status**
Check only one box.
- ☒ Single
- ☐ Married filing jointly (even if only one had income)
- ☐ Married filing separately (MFS)
- ☐ Head of household (HOH)
- ☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

☐ If treating a nonresident alien or dual-status alien spouse as a U.S. resident for the entire tax year, check the box and enter their name (see instructions and attach statement if required): _____

**Digital Assets**
At any time during 2024, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)   ☐ Yes   ☒ No

**Standard Deduction**
Someone can claim:   ☐ You as a dependent   ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** You:   ☐ Were born before January 2, 1960   ☐ Are blind   Spouse:   ☐ Was born before January 2, 1960   ☐ Is blind

**Dependents** (see instructions):

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for (see instructions): |  |
|---|---|---|---|---|
| | | | Child tax credit | Credit for other dependents |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |
| | | | ☐ | ☐ |

If more than four dependents, see instructions and check here ☐

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions)   1i | | |
| z | Add lines 1a through 1h | 1z | |

Attach Sch. B if required.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | | b Taxable interest | 2b | |
| 3a | Qualified dividends | 3a | | b Ordinary dividends | 3b | |
| 4a | IRA distributions | 4a | | b Taxable amount | 4b | |
| 5a | Pensions and annuities | 5a | | b Taxable amount | 5b | |
| 6a | Social security benefits | 6a | | b Taxable amount | 6b | |
| c | If you elect to use the lump-sum election method, check here (see instructions)   ☐ | | | | | |

**Standard Deduction for-**
- Single or Married filing separately, $14,600
- Married filing jointly or Qualifying surviving spouse, $29,200
- Head of household, $21,900
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here   ☐ | 7 | |
| 8 | Additional income from Schedule 1, line 10 | 8 | 8,760 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 9 | 8,760 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 619 |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | 11 | 8,141 |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | 12 | 14,600 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | |
| 14 | Add lines 12 and 13 | 14 | 14,600 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2024)

EEA

# <u>EXHIBIT C</u>

**Joshua Novoa**
**314.Grant. St**
**Framingham, MA 01702**
**617-599-4091**

**June 11, 2025**
**Reference: Support Letter**

To whomever it may concern,

I (**Joshua Novoa**) identifying with MA License number **S68230171** herby confirm that I am a U.S citizen and able to authorize the following written statement. I write this to show full support in good faith for **RUMALDO MAZA MAZA** I've known **RUMALDO** for over two years since 2023 as he's been a regular client at my multi service office in Framingham, MA and have always had a good professional relationship with him. **RUMALDO** has seen me grow in my professional life as I was starting my professional customer service career and has grown to be a trustworthy person to me and my family as we have been open with each other in these difficult times. **RUMALDO** has always been respectful and honest with me and has even offered to lend a helping hand with anything I've needed when I've been sick working nonstop, he's offered to gift us food at the office when we haven't had a chance to take break, he's even has gone as far as offering support to my family members in need of construction work. I know **RUMALDO** lived with his 2 young children, as well as his partner. He's a good man with good morals and a good work ethic; he's never been a danger to me or anyone in my family. I've grown to respect him highly and knew I could depend on him if there was anything I ever needed. **RUMALDO** has always encouraged me to continue on in helping our Latino community as I've grown to be someone who offers help in many needs for anybody at our family office as things became more difficult over time in our community. I humbly ask the U.S government to please allow **RUMALDO** to continue to be a present family man here and to be an honest working man as he's always been and continue to be a good father as I know he is. For any further comments or questions please contact me. Thank you.

Regards,

**Joshua Novoa**









Carmen Oliva Malan Namina

16 Plain Street

Natick, Ma 01760

(508)740-1388

To: United States Immigration and naturalization center

Referene: RUMALDO MAZA MAZA

I, Carmen Oliva Malan Namina, hereby certify that I am a American Citizen
since 03-2023 with American Passport number A19749198 and date of
birth 06-17-1997 I have been in this country since the year 08-2015 swear
and affirm that my friend RUMALDO MAZA MAZA, date of birth 06-13-
1982, his been in this country for 11 years since this time his been working
very hard to live well to helping his parents Ecuador and also his wife who has
two manor childrens with her , My friend since I know him for 8 yrs his been
working as a roofing and paying his taxes on time. For this reason, I am
giving this letter because he is a good value and very responsible person with
a good character.

I request the U.S. government to allow my friend to continue living and
working in this country honestly.

If you have any question, please call me at (508)740-1388

Carmen Oliva Malan Namina

Idalia Ortiz

Notary Public

Comm. Exp. 02-26-2027



June 10, 2025

Maria Marcela Namina Maza

159 Lincoln St, Apt 02

Framingham, MA

Phone: (508) 395-3616

Email: marianamina2021@gmail.com

**On this** _30_ day of _June_ , 20_25_, before me, the undersigned notary public, personally appeared _Maria Marcela Namina Maza_ proved to me through satisfactory evidence of identification, which were _Licencia Pasaport_ , to be the person who signed the preceding or attached document in my presence.

To Whom It May Concern,

My name is Maria Marcela Namina Maza, and I am writing this letter in support of my cousin, Rumaldo Maza Maza, who is currently detained by ICE.

Rumaldo is a devoted husband and a loving father of two wonderful children, Sandy Maza Quizhpe and Adan Maza Quizhpe. He came to the United States with the hope of providing a better life for his family, and he has worked tirelessly to do just that.

He has lived in this country for over 11 years, during which time he has been a hardworking, responsible, and peaceful member of our community. Rumaldo is employed in the construction industry, where he is known for his dedication and strong work ethic. He is also a faithful member of Saint Stephen Parish, a Catholic church where he regularly attends services.

Rumaldo has never posed any threat to the community. On the contrary, he is a kind, respectful, and honest individual who has always tried to do the right thing. His absence is deeply felt by his family and friends.

I respectfully ask for your compassion and understanding in reviewing his case. If you have any questions or need further information, please do not hesitate to contact me.

Thank you for your time and consideration

Sincerely,

Maria Marcela Namina Maza

MIRNA ROSSI
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
June 10, 2027

To whom it may concern,

I have been friends with Rumaldo Maza-Maza for quite a few years now. He has proven to be an extremely trustworthy person and very hard-working. I know him to be of high moral standards.. If anyone would like to talk to me further, I would love to be of help. I am willing to sponsor our help with Rumaldos case in any way I can to get him home to his family.

Ben Newell. 2 0 7 3 1 4 3 9 6 6.

Framingham June 04, 2025

I am Sandra M. Suarez, license number  S50638788 MA, attest that I
know Mr. Rumaldo Maza Maza, for about 10 years now, Mr. Rumaldo is
a kind and respectable man, is responsible and hardworking. Ever since I
have known him, his dedication and responsibility to his family has
always come first, for these motives I believe and have seen how good
of a person he really is, he is a humble, family man.  This is all I attest in
good faith about Mr. Rumaldo Maza Maza and his family. If there are
any further question please feel free to contact me at 508-740-3489.

Sincerely,

SANDRA M. SUAREZ
Lic# S50638788 MA

Jannette Rivera
NOTARY PUBLIC
Commonwealth of
Massachusetts
My Commission Expires
2/23/2029

St. Stephen Rectory
221 CONCORD STREET
FRAMINGHAM, MA 01702
508-8754788

May 29, 2025

To whom it may concern:

I am writing the following letter of recommendation on behalf of **Mr. Rumaldo Maza Maza** who resides at 654 Waverly Street, here in Framingham, MA. He has been a member of our Parish since his arrival in this country eleven years ago from his original Ecuador.

**Mr. Rumaldo Maza** is a prayerful and active member of our Parish here at Saint Stephen's. He participates of all the activities, both pastoral and social, of our Faith Community, and he is always willing to give us a hand in different projects.

As a good abiding member of our society, he is a hard worker, responsible, and trustworthy. He works in construction and his service is very valuable for our country and our community. I understand that he is looking to legalize his status here in this country; he is a peaceful man who will make us all proud to be a member of our society.

Please, help him as much as you can to make this dream come true, and if you wish to clarify any of the above statements, please, do not hesitate to contact me.

Sincerely,

*Rev. Francisco J. Anzoategui,*
**Rev. Francisco J. Anzoategui**
**Saint Stephen Parish – Pastor**







# **<u>EXHIBIT D</u>**



We the People

Of the United States,
in Order to form a more perfect Union,
establish Justice, insure domestic Tranquility,
provide for the common defense,
promote the general Welfare, and secure
the Blessings of Liberty to ourselves and
our Posterity, do ordain and establish this
Constitution for the United States of America.

SIGNATURE OF BEARER / SIGNATURE DU TITULAIRE / FIRMA DEL TITULAR

PASSPORT
PASSEPORT
PASAPORTE

USA

UNITED STATES OF AMERICA

Type / Type / Tipo    Code / Code / Código    Passport No. / No. du Passeport / No. de Pasaporte
P                     USA                      640920908

Surname / Nom / Apellidos
NOVOA
Given Names / Prénoms / Nombres
IDALIA
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
04 Jan 1966
Place of birth / Lieu de naissance / Lugar de nacimiento    Sex / Sexe / Sexo
EL SALVADOR                                                  F
Date of issue / Date de délivrance / Fecha de expedición    Authority / Autorité / Autoridad
05 Aug 2019                                                  United States
Date of expiration / Date d'expiration / Fecha de caducidad  Department of State
04 Aug 2029
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 27

USA

P<USANOVOA<<IDALIA<<<<<<<<<<<<<<<<<<<<<<<<<<<<
6409209084USA6601041F2908041680115627<618856







Joshua Novoa
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires July 19, 2030

## AFFIDAVIT OF SUPPORT BY IMMIGRANT SPONSOR

before me on this day June 11, 2025 appeared the person named as AFFIANT who after duly, identified and sworn says:

1- That Idalia Novoa date of birth January 4, 1966 with address at 314 Grant St Frasmingham, Ma 01702

Here in referred as Respondent is my:    Friend

2- I am a U.S Citizen since the year 1992

3- That My friend Rumaldo Maza Maza with date of birth June 13, 1982

4- The respondent is currently in custody by the United States Immigration and Naturalization service at: NORTHEAST OHIO CORRECTIONAL CENTER 2240 Hubbard Road, Youngstown, OH 44505,Detention Facility,

5- That this affidavit is made by me for the purpose of assuring the United States Government that: the Respondent will not become a public charge to the United States and that I am willing and able to receive maintain and support the Respondent and provide him with housing, food and money as long as necessary.

6- That if Respondent is released from custody and is allowed to travel,.

7- That I am gainfully Self Employed At AB& J Notary Service and I am also Employed by AB& J Multi-Services Inc, Framingham, Ma 01702

8- That my Social Security number is : 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

9- That I understand that all Respondent's correspondence such as hearing notices will be mailed in care of me to the address listed above on item #6, I promise to make every effort to inform Respondent of any future hearings scheduled for him before the immigration judge or any appointment act by the United States Immigration Service.

10. I have deposited in the institution Santander` Bank the amount of $20,000, account number so that my friend will not be a public burden.

I Swear (a affiant) that I know the contends of this Affidavit and that the statements made here are true and correct.

Affiant Signature

Joshua Novoa, Notary Public
Comm. Exp. 07-19-2030
State:  Massachusetts
County: Middlesex

Joshua Novoa
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
My Comm. Expires July 19, 2030



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**CLEVELAND IMMIGRATION COURT**

Respondent Name:

   MAZA MAZA, RUMALDO

To:

   Campo Ayala, Gabriela
   100 Cambridge Street
   Floor 20
   Boston, MA 02114

A-Number:
240-163-895
Riders:
In Custody Redetermination Proceedings

Date:
07/01/2025

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐  Denied, because

☑  Granted. It is ordered that Respondent be:
    ☐  released from custody on his own recognizance.
    ☑  released from custody under bond of $ 15,000.00
    ☐  other:

☐  Other:

Immigration Judge: Horton, Monte 07/01/2025

Appeal:    Department of Homeland Security: ☑ waived  ☐ reserved
           Respondent:                       ☑ waived  ☐ reserved

Appeal Due:

### Certificate of Service

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS

Respondent Name : MAZA MAZA, RUMALDO | A-Number : 240-163-895

Riders:

Date: 07/01/2025 By: Coyne, Brendan, Court Staff

32

In the Matter of:  MAZA MAZA, Rumaldo                    File No: A240-163-895

## CERTIFICATE OF SERVICE

I, Gabriela Campo Ayala, Esq., hereby certify that the foregoing **Supplemental Documentation In Support Of The Respondent's Motion For Custody Redetermination** was served on the Office of Chief Counsel by the following method(s):

☐ **Electronic Service through the DHS E-Service Portal**
☐ Priority Overnight/Express Mail at the address set forth below
☐ Personal Delivery
☑ **ECAS**
☐ Certified Mail

**BY ECAS**
Assistant Chief Counsel
Department of Homeland Security
U.S. Immigration and Customs Enforcement
JFK Federal Building, Room 425
15 New Sudbury Street
Boston, MA 02203

Respectfully submitted by *ECAS* this August 3, 2025

//s// *Gabriela Campo Ayala*
Gabriela Campo Ayala Esq.
Mass Bar No. 716022
EOIR ID: HH277343
Law Office of Johanna Herrero
100 Cambridge Street, 20th Floor
Boston, MA 02114
(617) 720-5200 (*voice*)
gc@jherrerolaw.com