UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUMALDO MAZA MAZA<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, *et al.*,<br><br>Respondents. | Civil Action No. 1:25-cv-12407-IT |

**NOTICE WITHDRAWING PREVIOUSLY STATED INTENT TO TRANSFER**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, withdraw their previously stated intent to transfer Petitioner from the District of Massachusetts. *See* Doc. No. 9. The reference to Respondents' intent to transfer Petitioner from the District was erroneously included in the title of Respondents' Opposition to Petitioner's Petition for Writ of Habeas Corpus. Respondents acknowledge that the Court's advance notice requirement set forth in Doc. No. 4 remains in effect and the undersigned apologies for any confusion caused by its prior filing.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Dated: September 18, 2025       By:    */s/ Mark Sauter*
Mark Sauter
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3347
Email: mark.sauter@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 18, 2025           By:    */s/ Mark Sauter*
                                                                 Mark Sauter
                                                                 Assistant United States Attorney