UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUMALDO MAZA MAZA<br><br>Petitioner,<br><br>v.<br><br>PATRICIA HYDE, Field Office Director, *et al.*,<br><br>Respondents. | Civil Action No. 1:25-cv-12407-IT |

## RESPONDENTS' STATUS REPORT

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, provide the following Status Report as ordered by this Court concerning Petitioner's custody status. Doc. No. 17.

Agency counsel from U.S. Immigration and Customs Enforcement ("ICE") informs the undersigned that an Immigration Judge ordered release on bond and that Petitioner posted the bond and was released from ICE custody on October 22, 2025.

                                                    Respectfully submitted,

                                                    LEAH B. FOLEY
                                                    United States Attorney

Dated: December 9, 2025          By:     */s/ Mark Sauter*
                                                    Mark Sauter
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    Tel.: 617-748-3347
                                                    Email: mark.sauter@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: December 9, 2025            By:    */s/ Mark Sauter*
                                                        Mark Sauter
                                                        Assistant United States Attorney