UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RUMALDO MAZA MAZA, <br><br> Petitioner, <br><br> v. <br><br> PATRICIA HYDE Field Office Director, JOSEPH D. MCDONALD, JR., Sheriff of Plymouth County, MICHAEL KROL, HSI New England Special Agent in Charge, TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement, KRISTI L. NOEM, U.S. Secretary of Homeland Security, and PAMELA BONDI, U.S. Attorney General, <br><br> Respondents. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> Civil Action No. 1:25-cv-12407-IT <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER CLOSING CASE

TALWANI, D.J.

In light of the court's Memorandum & Order [Doc. No. 16] granting Petitioner Rumaldo Maza Maza's Petition for Writ of Habeas Corpus [Doc. No. 1] and ordering Petitioner's immediate release upon his posting of the ordered bond, and Respondents' Status Report [Doc. No. 18] indicating Petitioner was released from custody on October 22, 2025, this action is CLOSED.

IT IS SO ORDERED.

December 12, 2025                                          /s/ Indira Talwani
                                                                           United States District Judge